UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL JOHN FAIX,<br><br>　　　　　　　　Defendant. | Case No. MJ23-145 MAT<br><br>DETENTION ORDER |

Mr. Faix is charged with conspiracy to distribute fentanyl, 21 U.S.C. §§ 841(a)(1), 846; and possession of fentanyl with intent to distribute, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 18 U.S.C. § 2. The Court held a detention hearing on April 5, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention set forth in the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.　There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2.　Mr. Faix stipulated to detention.

3.　Mr. Faix poses a risk of nonappearance due to his criminal history and little his known of his residence, employment, community ties, family situation because he was not interviewed by pretrial services. Mr. Faix poses a risk of danger due to the

DETENTION ORDER - 1

nature of the charge in this case and his criminal history. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Faix's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Faix as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Faix shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Faix shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Faix is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  6th  day of April, 2023.

 

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3