The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:23-cr-00053-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| DANIEL JOHN FAIX, | |
| Defendant. | |

This Court has considered Defendant Daniel John Faix's Unopposed Motion to Seal his Motion to Waive Presence at the continuance motion hearing scheduled for June 9, 2023.

Finding good cause, it is ORDERED that Defendant Faix's Motion to Seal (Dkt. 70) is GRANTED. Defendant Faix's Motion to Waive Presence at the continuance motion hearing scheduled for June 9, 2023, shall remain under seal.

DATED this 6th day of June, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1