The Honorable Richard Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>DANIEL JOHN FAIX,<br><br>          Defendant. | NO. 2:23-cr-00053-RAJ<br><br>ORDER GRANTING<br>MOTION TO WAIVE PRESENCE |

This Court considered Defendant Daniel Faix's Unopposed Motion to Waive Presence at the continuance motion hearing scheduled for June 9, 2023.

It is ORDERED that Daniel Faix's Unopposed Motion to Waive Presence at the continuance motion scheduled for June 9, 2023 at 11:00 a.m. (Dkt. 71) is GRANTED. Mr. Faix shall not be transported from the Federal Detention Center to the United States Courthouse to attend that hearing.

DATED this 6th day of June, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO WAIVE PRESENCE – 1